OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



August 13, 2025

# NOTICE

Pursuant to 3d Cir. L.A.R. 26.1, a document is timely filed if received by **5:00 p.m. ET** on the last day for filing unless the Court sets a different time, the document has been submitted by an inmate pursuant to Fed. R. App. P. 25(a)(2)(A)(iii), or otherwise specified in L.A.R. 26.1. See [Order Adopting and Amending Local Appellate Rules](#) or access the Court's website for information.

s/ Patricia S. Dodszuweit
Clerk

By: s/ Desiree
Case Manager
267-299-4252