IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| MICHAEL MILLER<br>Appellant,<br><br>v.<br><br><br>COUNTY OF LANCASTER, ET. AL.,<br>Appellees. | Civ. No: 25-2570<br><br>(DC case: 5:24-cv-05338) |

## MOTION TO STRIKE CLERK'S ULTRA VIRES DIRECTIVE (ECF 7) AND TO ENSURE ADJUDICATION BY ARTICLE III PANEL

**I. Introduction**

Appellant respectfully moves to strike ECF 7 — the Clerk's August 14, 2025 "jurisdictional defect" letter— as **ultra vires** under FRAP 45(b). ECF 7 issued unsolicited, fact-specific legal analysis, citing *Borelli* and *Redmond* against Appellant's jurisdictional posture, while omitting dispositive filings (ECFs 68, 70, 71, 72, 72-1, 73) that perfected finality under *Weber v. McGrogan*.

No Article III judge signed it; it is not an order; and it exceeds the purely ministerial role assigned to clerks — or to whoever the so-called "Legal Division" is, as reflected on the docketed filing. This motion supplements Appellant's

1

**Response and Objection to Clerk's Action (ECF 8)**, which is incorporated herein by reference.

## II. Governing Law

- FRAP 45(b): "The clerk must not exercise judicial functions."
- FRAP 27(b): Clerk may act only on procedural motions filed by parties; not sua sponte.
- 3d Cir. L.A.R. 27.4 & I.O.P. 10.6: Only a judicial panel may order summary action or dismissal.
- *Nguyen v. United States*, 539 U.S. 69, 80–81 (2003): Judgments rendered on the participation of an unauthorized actor are void ab initio.
- *Goldberg v. Kelly*, 397 U.S. 254, 267 (1970): Due process requires opportunity to be heard at a meaningful time and in a meaningful manner.

---

## III. Argument

1. **Ultra Vires Action.** ECF 7 functions as an adversarial motion drafted by non-parties. It framed the jurisdictional question, set deadlines, and applied precedent. FRAP 45(b) forbids such judicial functions by staff.
2. **Structural Error.** As in Appeal No. 24-2934, where clerk action tainted the tribunal's later disposition, any judgment entered on the predicate of ECF 7 would be void ab initio under *Nguyen*.

3. **Due Process Violation.** By prejudging jurisdiction and issuing adverse legal analysis before adversarial briefing, ECF 7 denied Appellant a meaningful opportunity to be heard.

4. **Finality Perfected.** The record contains clear and unequivocal waiver filings (ECFs 70, 71, 73) and Rule 58 motions (ECFs 68, 72, 72-1). Under *Weber* and *Borelli*, finality is secured, and jurisdiction is proper.

## IV. Relief Requested

Appellant respectfully requests that the Court:

1. **Strike ECF 7** as ultra vires;

2. **Confirm** that jurisdictional issues will be decided only by Article III judges upon adversarial briefing;

3. **Direct** that briefing proceed under FRAP 31 in the ordinary course; and

4. Grant any further relief necessary to preserve Appellant's right to appellate review under 28 U.S.C. § 1291.

5. Such and other relief as the court may deem just.

## V. Demand for Timely Judicial Response

Because ECF 7 was issued by nonjudicial staff without authority, the risk of further deprivation of appellate rights is immediate and ongoing. Appellant

therefore respectfully demands that the Court respond to this motion within **seven (7) days**. If no judicial response is issued in that time, Appellant will reasonably presume that deprivation of appellate rights is underway and will preserve all remedies available in law and equity, including under 42 U.S.C. § 1983, for unconstitutional denial of access to the courts.

Respectfully submitted,
*/s/ Michael Miller*
MICHAEL MILLER
108 North Reading Road., Ste F, 246
Ephrata, Pennsylvania 17522
717-388-0163
reaganfive@protonmail.com
August 16, 2025

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served by e-filing a true and correct copy of the foregoing document to the following:

          Sarah Hyser-Staub PA I.D. No. 315989
          Lauren Anthony, PA I.D. No. 324557
          100 Pine Street
          P.O. Box 1166
          Harrisburg, PA 17108-1166
          717-232-8000
          sstaub@mcneeslaw.com
          lanthony@mcneeslaw.com

          *Attorneys for Defendants*


          Respectfully Submitted,

          */s/ Michael Miller*
          Michael Miller
          108 N. Reading Rd., Ste F, 246
          Ephrata, Pennsylvania 17522
          717-388-0163

Dated: August 16, 2025          reaganfive@protonmail.com