# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| MICHAEL MILLER, <br>     Appellant, | : <br> : <br> : |
| v. | :    No. 25-2570 |
| COUNTY OF LANCASTER, *et al.*, <br>     Appellees. | : <br> : <br> : |

### APPELLEES' RESPONSE TO APPELLANT'S "MOTION TO VACATE AS VOID FOR FRAUD ON THE COURT" (DOC. NO. 14)

Appellees County of Lancaster, Tammy Bender, Jacqueline Pfursich, Joshua Parsons, Ray D'Agostino, and Christa Miller (together, "Appellees"), by and through their undersigned counsel, hereby briefly respond to *pro se* Appellant Michael Miller ("Miller")'s "Motion to Vacate as Void for Fraud on the Court" (Doc. No. 14), for purposes of addressing Miller's misguided request to the Court and scandalous comments directed to Appellees and their counsel.

Among other things, Miller's Motion accuses undersigned counsel of advancing "frivolous arguments contrary to binding precedent," requests that undersigned counsel be sanctioned "for advancing frivolous arguments that laundered the Clerk's ultra vires directive into the adversarial record," and asks that this Court refer counsel "to this Court's disciplinary panel for review of their compliance with Rule 11(b) and professional conduct obligations."  (Doc. No. 14 at 2, 7).

1

These inflammatory comments and requests are baseless. At bottom, Miller's Motion and requests for relief contained therein lack any legal or factual merit, and this filing is simply another example of Miller's continued abuse of the litigation process. Appellees stand by their briefing submitted in this matter regarding the jurisdictional defect discussed in previous filings and respectfully request that the Court deny Miller's Motion.

                                            Respectfully submitted,

                                            MCNEES WALLACE & NURICK LLC

                                  By: _/s/ Sarah H Staub_____
                                            Sarah Hyser-Staub, Esquire
                                            Lauren Anthony, Esquire
                                            100 Pine Street
                                            P.O. Box 1166
                                            Harrisburg, PA  17108-1166
                                            (717) 237-5473
                                            sstaub@mcneeslaw.com
                                            lanthony@mcneeslaw.com

Date: September 8, 2025                    *Counsel for Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all parties through the Court's Electronic Case Filing System.

_____
Sarah Hyser-Staub

*Counsel for Appellees*

Date: September 8, 2025