IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

MICHAEL MILLER
Appellant,

v.

COUNTY OF LANCASTER, ET. AL.,
Appellees.

Civ. No: 25-2570

(DC case: 5:24-cv-05338)

## NOTICE OF CONTINUING PREJUDICIAL DELAY RELEVANT TO COA ECF NO. 31

Appellant gives notice of continuing prejudicial delay relevant to Appellant's pending petition for panel rehearing and rehearing en banc, COA ECF No. 31, filed April 30th.

Appellant incorporates COA ECF No. 31 and gives notice that the prejudice identified there continues.

COA ECF No. 30 / DC ECF No. 80 denied review based on a finality condition created and prolonged by judicial handling of the case: District Judge Leeson refused final judgment because the appeal was pending, while the panel dismissed because District Judge Leeson had not entered final judgment and ECF No. 51 remained unresolved. COA ECF No. 31 explains why that reciprocal non-

1

action conflicts with *Weber v. McGrogan*, 939 F.3d 232 (3d Cir. 2019), and why ECF No. 51 could not operate as a jurisdictional bar.

Delay now independently compounds the injury. Appellant's verified federal civil-rights complaint, filed in October 2024, remains without merits adjudication, without final judgment, and without appellate review. The continuing delay also conflicts with Fed. R. Civ. P. 1's command that the rules be construed, administered, and employed to secure the just, speedy, and inexpensive determination of every action.

Appellant submits this notice to preserve continuing prejudice and to confirm that COA ECF No. 31's alternative requested relief remains ripe: an order directing District Judge Leeson to enter final judgment immediately and to resolve any collateral matter believed to affect finality.

Respectfully submitted,
*/s/ Michael Miller*
MICHAEL MILLER
108 North Reading Road., Ste F, 246
Ephrata, Pennsylvania 17522
717-388-0163
reaganfive@protonmail.com
May 18, 2026

## CERTIFICATE OF SERVICE

I hereby certify that this day I caused to be served by e-filing a true and correct copy of the foregoing document to the following:

Sarah Hyser-Staub
PA I.D. No. 315989
100 Pine Street
Harrisburg, PA 17101
717-237-5473
sstaub@mcneeslaw.com

Respectfully submitted,
*/s/ Michael Miller*
MICHAEL MILLER
108 North Reading Road., Ste F, 246
Ephrata, Pennsylvania 17522
717-388-0163
reaganfive@protonmail.com
May 18, 2026