## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>25-2570</u>

Michael Miller v. County of Lancaster, et al

(U.S. District Court No.: 5:24-cv-05338)

## ORDER

The Court has received **Notice of Continuing Prejudicial Delay Relevant to COA ECF No. 31** from **Michael Miller.** The requirements for a petition for rehearing are set forth in Fed. R. App. P. 32(g), 40 and 3d Cir. L.A.R. 35.1.  Appellant's Notice does not comply with the following Court requirement(s):

> *A supplement to the petition for rehearing cannot be filed*
> *unless the Court so directs.*

A motion for leave to file the supplement to the petition for rehearing must be filed on or before **May 26, 2026**. No action will be taken on the supplement until any deficiencies are corrected.

Pursuant to 3rd Cir. L.A.R. Misc. 107.3 and 3rd Cir. L.A.R. Misc. 113, if the Court finds that a party continues not to be in compliance with the rules despite notice by the Clerk, the Court may, in its discretion, impose sanctions as it may deem appropriate, including but not limited to the dismissal of the appeal, imposition of costs or disciplinary sanctions upon a party or counsel.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:    May 18, 2026
dwb/nmb/cc:    Sarah A. Hyser-Staub, Esq.
             Michael Miller