UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

———————

No. 25-2570

———————

MICHAEL MILLER,
                        Appellant

v.

COUNTY OF LANCASTER; TAMMY BENDER;
JACQUELINE PFURSICH; JOSHUA PARSONS;
RAY D'AGOSTINO; CHRISTA MILLER

———————————————————————

(E.D. Pa. No. 5:24-cv-05338)

———————————

SUR PETITION FOR REHEARING

———————————

Present: CHAGARES, <u>Chief</u> Judge, HARDIMAN, SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, MONTGOMERY-REEVES, CHUNG, BOVE, and MASCOTT, <u>Circuit</u> Judges

The petition for rehearing filed by appellant in the above-entitled case having been

submitted to the judges who participated in the decision of this Court and to all the other

available circuit judges of the circuit in regular active service, and no judge who

concurred in the decision having asked for rehearing, and a majority of the judges of the

circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is denied.

BY THE COURT,

s/ David J. Porter
Circuit Judge

Dated: June 2, 2026
cc:    Michael Miller
       Sarah A. Hyser-Staub, Esq.