UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-2570

MICHAEL MILLER,
Appellant

v.

COUNTY OF LANCASTER; TAMMY BENDER; JACQUELINE PFURSICH;
JOSHUA PARSONS; RAY D'AGOSTINO; CHRISTA MILLER

(E.D. Pa. No. 5:24-cv-05338)

Present: RESTREPO, PORTER, and MONTGOMERY-REEVES, *Circuit Judges*

1. Notice by Pro Se Appellant Micheal Miller of Continuing Prejudicial Delay
   Relevant to ECF No. 31 Petition for En Banc and Panel Rehearing

2. Motion by Pro Se Appellant for Leave to File Notice of Continuing Prejudicial
   Delay Relevant to ECF No. 31 Petition for En Banc and Panel Rehearing

Respectfully,
Clerk/dwb

_____ORDER_____
The foregoing Motion is denied as moot.

By the Court,

s/David J. Porter
Circuit Judge

Dated: June 2, 2026
cc:    Michael Miller
       Sarah A. Hyser-Staub, Esq.